"the City"). Appellant believes it was damaged by the City's denial of an occupancy permit. Appellant raises two points on appeal, claiming the trial court erred in dismissing its petition for failure to pursue judicial review and for failing to grant Appellant leave to amend.

We have reviewed the briefs of the parties and the record on appeal, and we find no error. An extended opinion would have no precedential value. We have, however, provided a memorandum opinion for the use of the parties only, setting forth the reasons for our decision.

The judgment of the trial court is affirmed pursuant to Rule 84.16.

---

## ORDER

PER CURIAM.

Sharon Hamm appeals from her conviction for driving while intoxicated, a violation of Section 577.010, RSMo 2000. Upon review of the briefs and the record, we find sufficient evidence to support the conviction and, therefore, affirm the judgment. Because a published opinion would serve no jurisprudential purpose, we have provided the parties with a Memorandum explaining the reasons for our decision.

AFFIRMED. Rule 30.25(b).

---

**STATE of Missouri, Respondent,**

v.

**Sharon M. HAMM, Appellant.**

No. WD 66392.

Missouri Court of Appeals, Western District.

Dec. 26, 2006.

Bret C. Kaiser, Sedalia, MO, for appellant.

William M. Chapman, Sedalia, MO, for respondent.

Before HOLLIGER, P.J., SPINDEN and HARDWICK, JJ.

---

**In the Matter of MANAGER OF the DIVISION OF FINANCE OF JACKSON COUNTY, Missouri, Respondent,**

v.

**LA–SHA CONSULTING, INC., Appellant.**

Nos. WD 66385 to WD 66387.

Missouri Court of Appeals, Western District.

Dec. 26, 2006.